**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

April 16, 2020

**BY ECF AND EMAIL**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Jerome Brooks*, No. 11 Cr. 630 (KMK)

Dear Judge Karas:

    The above-referenced matter is currently scheduled for a conference before the Court on April 17, 2020 at 10:30 a.m. The Government and Ms. Barrett, counsel for the defendant, jointly seek an adjournment of the conference of at least six weeks to be scheduled at the Court's discretion.

    Pursuant to the Court's order entered today, the defendant has been ordered released on bail per the conditions agreed to by the Government and the defendant. The defendant has an open criminal case pending in Westchester County in which the next court appearance is scheduled for May 21, 2020. The alleged criminal conduct in that case forms the basis for the alleged violation of the conditions of the defendant's supervised release here. An adjournment would allow for further investigation of the matter and give the parties time to ascertain how the Westchester County matter will proceed and whether it will be resolved before determining next steps on the violation petition.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

By: */s/ Kevin T. Sullivan*
    Kevin T. Sullivan
    Assistant United States Attorney
    (914) 993-1924

cc:    Jean D. Barrett, Esq. (by ECF and email)

*Granted. The Court will hold a conference on 6/3/20 at 2:00 p.m.*

SO ORDERED

KENNETH M. KARAS U.S.D.J.

4/17/20