

**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

June 1, 2020

**BY ECF AND EMAIL**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

    Re:   *United States v. Jerome Brooks*, No. 11 Cr. 630 (KMK)

Dear Judge Karas:

    The above-referenced matter is currently scheduled for a conference before the Court on June 3, 2020 at 2:00 p.m. The Government respectfully requests an adjournment of the conference of at least thirty days to be scheduled at the Court's discretion.

    The defendant has an open criminal case pending in Westchester County in which the next court appearance is scheduled for June 24, 2020. The alleged criminal conduct in that case forms the basis for the alleged violation of the conditions of the defendant's supervised release here. The Government understands that the prior court appearance in the defendant's state case on May 30, 2020 was in fact adjourned to the June 24 date. A further adjournment here would allow for continued investigation of the matter and give the parties time to ascertain how the Westchester County matter will proceed and whether it will be resolved before determining next steps on the violation petition.

    This is the second such request for an adjournment. The first request, submitted on consent on April 16, 2020, in anticipation of the May court appearance in the defendant's state case, was

granted by the Court. The Government has conferred with Jean Barrett, counsel for the defendant, and Ms. Barret consents to this request.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: /s/ Kevin T. Sullivan
Kevin T. Sullivan
Assistant United States Attorney
(914) 993-1924

cc:   Jean D. Barrett, Esq. (by ECF and email)

*Granted. The conference will go forward on July 17, 2020 at 10:30 A.M.*

SO ORDERED

KENNETH M. KARAS U.S.D.J.

6/2/2020