U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

November 20, 2020

MEMO ENDORSED

**BY ECF AND EMAIL**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

  Re: ***United States v. Jerome Brooks***, No. 11 Cr. 630 (KMK)

Dear Judge Karas:

  The above-referenced matter is currently scheduled for a conference before the Court on November 24, 2020 at 11:00 a.m. The Government and counsel for the defendant, Jean Barrett, Esq., jointly and respectfully request a 60-day adjournment of the conference for the reasons set forth below.

  The defendant has an open criminal case pending in Westchester County, the alleged offense conduct of which forms the basis for the alleged violation of supervised release before this Court. The Government and defense counsel understand that a court date in the state case is scheduled for today, November 20, 2020, but that the case is not close to a resolution nor a trial. The Government and defense counsel further understand that the next appearance in the case will likely not occur until sometime in 2021. In light of the foregoing, a 60-day adjournment here would allow for additional time to ascertain how the state case will resolve or when a trial date may be set, before proceeding on the instant violation petition before the Court.

  This is the fifth such request for an adjournment. The first request, submitted on consent on April 16, 2020 in anticipation of a May court date in the defendant's state case, was granted by the Court. The second request, submitted on consent on June 1, 2020, after the May state court date was adjourned to June, was also granted by the Court. The third request, submitted on consent on July 15, 2020, after the June state court date was adjourned and issuance of a new state court date was still pending, was also granted by the Court. The fourth request, jointly made by the

(continued on next page)

Case 7:11-cr-00630-KMK   Document 1487   Filed 11/20/20   Page 2 of 2
Case 7:11-cr-00630-KMK   Document 1488   Filed 11/23/20   Page 2 of 2
Hon. Kenneth M. Karas                                                           Page 2

parties on October 2, 2020, after a new state court date of October 8 was set, was also granted by the Court.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: /s/ Kevin T. Sullivan
Kevin T. Sullivan
Assistant United States Attorney
(914) 993-1924

cc:   Jean D. Barrett, Esq.

Granted. The court will hold a teleconference on January 27, 2021 at 12:00

SO ORDERED
KENNETH M. KARAS U.S.D.J.
11/23/2020