U.S. Department of Justice

United States Attorney
Southern District of New York

United States Attorney's Office
50 Main Street, Suite 1100
White Plains, New York 10606

October 27, 2023

Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: *United States v. Jerome Brooks*, 11-CR-630-004(KMK)

Dear Judge Karas:

As discussed at yesterday's conference, the Government and Probation Office have no objection to the defendant's request to modify the conditions of his supervised release from home detention to curfew, as determined by the Probation department.

The supervised release conditions are modified as noted herein.

So Ordered.
10/27/23

Sincerely,

DAMIAN WILLIAMS
United States Attorney

By: _____
Shaun E. Werbelow
Assistant United States Attorney
Southern District of New York
(914) 993-1962

cc: Jeffrey Steimel, U.S. Probation Officer
    Jean D. Barrett, Defense Counsel