UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

      -v-

JEROME BROOKS,

              Defendant.

---

11CR00630-4 (KMK)

[~~PROPOSED~~] ORDER

Kenneth M. Karas, U.S. District Judge:

WHEREAS, on or about June 5, 2025, the Court ordered, as bail conditions of the pending violation of supervised release charges filed against the defendant by the United States Probation Department, that the defendant: (1) be monitored by location monitoring technology at the discretion of Probation, (2) be restricted to home detention, and (3) have no contact with the victim mentioned in the June 4, 2025 violation of supervised release report;

WHEREAS, a status conference was held on November 10, 2025, at which the parties and Probation agreed upon proposed modifications to the defendant's bail conditions;

IT IS HEREBY ORDERED that (1) the location monitoring condition described above is removed, (2) the defendant is now permitted to have supervised contact with the victim mentioned in the June 4, 2025 violation of supervised release report, as approved by Probation; and (3) the defendant is permitted to travel on vacation from December 14, 2025 to December 20, 2025 for a cruise stopping at Miami, Florida; Cozumel, Mexico; Grand Cayman; and Ocho Rios, Jamaica. The defendant has provided his travel details to Probation and shall notify Probation of any requested changes in advance.

SO ORDERED.

Dated:          November __12__, 2025
                White Plains, New York

Hon. Kenneth M. Karas
U.S. District Judge